No. 738, Misc. CALDWELL v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 743, Misc. DEBARR v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Frank J. Kelley*, Attorney General of Michigan, *Eugene Krasicky*, Solicitor General, *Robert Weinbaum* and *George Mason*, Assistant Attorneys General, for respondent.

No. 849, Misc. TILLERY v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. ▆▆

No. 951, Misc. VERDON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for the United States.

No. 964, Misc. THOMPSON v. WASHINGTON. Supreme Court of Washington. Certiorari denied. *F. W. Durnan* for petitioner. *Bruce T. Rinker* for respondent.

No. 970, Misc. BOSCO v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Isidore Dollinger* and *Walter E. Dillon* for respondent.

No. 984, Misc. SULLIVAN v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk*, Attorney General of California, *Doris H. Maier*, Assistant Attorney General, and *Edsel W. Haws*, Deputy Attorney General, for respondents.